B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re Leonard Carl Davis and Josephine Ang Munoz,     Case No. 10-42959

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | Onewest Bank, F.S.B., Successor to Indymac Bank, F.S.B |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605

Court Claim # (if known): 2
Amount of Claim: $91,466.08
Date Claim Filed: 04/14/2010

Phone: 1-855-689-7367
Last Four Digits of Acct #: 0386

Phone: 805-585-1831
Last Four Digits of Acct. #: 1325

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

Phone: 1-855-689-7367
Last Four Digits of Acct #: 0386

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian H. Tran     Date: 08/30/2014
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.